# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CARLSON, AGNES § Case No. 13-82307-TML
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS            , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   U.S. Bankruptcy Court
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 01/28/2015 in Courtroom 3100, United States Courthouse,
327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  12/29/2014            By:  /s/JAMES E. STEVENS
                                                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARLSON, AGNES | § | Case No. 13-82307-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,500.00 |
| *and approved disbursements of* | $ 90.00 |
| *leaving a balance on hand of* [1] | $ 4,410.00 |
| **Balance on hand:** | $ 4,410.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,410.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 1,125.00 | 0.00 | 1,125.00 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,125.00 |
| Remaining balance: | $ 3,285.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:   $      3,285.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $          0.00
Remaining balance:   $      3,285.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,354.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,067.21 | 0.00 | 188.85 |
| 2 | 1st Financial Bank | 4,038.60 | 0.00 | 248.65 |
| 3 | eCAST Settlement Corporation, assignee | 1,188.63 | 0.00 | 73.18 |
| 4 | Sallie Mae | 9,004.41 | 0.00 | 554.40 |
| 5 | State Farm Bank | 8,443.62 | 0.00 | 519.87 |
| 6 | Capital Recovery V, LLC | 4,589.89 | 0.00 | 282.60 |
| 7 | Capital Recovery V, LLC | 172.16 | 0.00 | 10.60 |
| 8 | KeyBank N.A. | 5,398.37 | 0.00 | 332.38 |
| 9 | KeyBank N.A. | 4,784.14 | 0.00 | 294.56 |
| 10 | PNC BANK | 10,792.45 | 0.00 | 664.49 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Citibank, N.A. | 1,874.61 | 0.00 | 115.42 |

Total to be paid for timely general unsecured claims: $ 3,285.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS

Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-82307-TML
Agnes Carlson                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: kkrystave          Page 1 of 2           Date Rcvd: Dec 29, 2014
                            Form ID: pdf006          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2014.
```
db            +Agnes Carlson,    604 La Fox River Dr.,    Algonquin, IL 60102-2712
21075087      +1st Financial Bank,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
20657394     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX  79998)
20657395      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
20657396       Barkleys Bank Delaware/Upromise By Salli,    Card Services,    P.O. Box 8802,
               Wilmington, DE  19899-8802
20657397     #+Capital One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20657398     #+Capital One / Menards,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20657391       Carlson Agnes,    604 La Fox River Dr,    Algonquin, IL  60102-2712
20657399      +Chase Bank Usa Na,    Po Box 15298,    Wilmington, DE 19850-5298
20657392      +Law Offices of Mark Sciblo PC,    5945 N Elston Ave,    Chicago, IL 60646-5504
21333378      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
20657403      +Pnc Bank Card Services,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
20657404      +Pnc Bank Mortgage Servic,    6 N Main St,    Dayton, OH 45402-1908
20657406       Society Natl/pheaa,    Po Box 8155,    Harrisburg, PA  17105
21236620       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20657407      +State Farm Financial S,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
20657408      +The Home Depot/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
21180575       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20657393      +E-mail/Text: bankruptcynotice@1fbusa.com Dec 30 2014 00:17:25     1st Financial Bk Usa,
               363 W Anchor Dr,    Dakota Dunes, SD 57049-5154
21270955       E-mail/PDF: rmscedi@recoverycorp.com Dec 30 2014 00:20:15      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21346170       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 30 2014 00:20:21      Citibank, N.A.,
               c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
20657400       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 30 2014 00:26:18      Discover Financial Servi,
               Po Box 15316,    Wilmington, DE  19850
21014413       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 30 2014 00:26:18      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20657401      +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2014 00:19:42     Gecrb/old Navy,    Po Box 965005,
               Orlando, FL 32896-5005
20657402      +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2014 00:19:42     Gecrb/sam’s Club Dual Ca,
               Po Box 965005,    Orlando, FL 32896-5005
21275185      +E-mail/Text: BKRMailOps@weltman.com Dec 30 2014 00:17:41     KeyBank N.A.,
               c/o Weltman, Weinberg & Reis,    323 W Lakeside Ave STe 200,    Cleveland, OH 44113-1009
20657405      +E-mail/PDF: pa_dc_claims@navient.com Dec 30 2014 00:19:08     Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
21184524      +E-mail/PDF: pa_dc_claims@navient.com Dec 30 2014 00:20:14     Sallie Mae,    c/o Sallie Mae Inc,
               220 Lasley Ave,    Wilkes Barre Pa 18706-1496
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2014                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: kkrystave           Page 2 of 2              Date Rcvd: Dec 29, 2014
                              Form ID: pdf006           Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2014 at the address(es) listed below:
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Mark  Sciblo    on behalf of Debtor Agnes  Carlson attorney@sciblolawoffice.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```