# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CARLSON, AGNES § Case No. 13-82307
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $179,126.00                Assets Exempt: $21,526.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,285.00    Claims Discharged
                                              Without Payment: $69,862.09

Total Expenses of Administration: $1,215.00

3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $162,982.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,513.00 | 1,215.00 | 1,215.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,885.00 | 53,354.09 | 53,354.09 | 3,285.00 |
| **TOTAL DISBURSEMENTS** | $223,867.00 | $55,867.09 | $54,569.09 | $4,500.00 |

4) This case was originally filed under Chapter 7 on June 27, 2013. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2015            By: /s/JAMES E. STEVENS
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Toyota RAV4 other vehicles and accessories. | 1129-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Pnc Bank Mortgage Servic | 4110-000 | 162,982.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$162,982.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,125.00 | 1,125.00 | 1,125.00 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 1,298.00 | 0.00 | 0.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,513.00 | $1,215.00 | $1,215.00 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,746.00 | 3,067.21 | 3,067.21 | 188.85 |
| 2 | 1st Financial Bank | 7100-000 | 4,112.00 | 4,038.60 | 4,038.60 | 248.65 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 1,188.63 | 1,188.63 | 73.18 |
| 4 | Sallie Mae | 7100-000 | 9,072.00 | 9,004.41 | 9,004.41 | 554.40 |
| 5 | State Farm Bank | 7100-000 | 7,745.00 | 8,443.62 | 8,443.62 | 519.87 |
| 6 | Capital Recovery V, LLC | 7100-000 | N/A | 4,589.89 | 4,589.89 | 282.60 |
| 7 | Capital Recovery V, LLC | 7100-000 | 98.00 | 172.16 | 172.16 | 10.60 |
| 8 | KeyBank N.A. | 7100-000 | 5,572.00 | 5,398.37 | 5,398.37 | 332.38 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | KeyBank N.A. | 7100-000 | N/A | 4,784.14 | 4,784.14 | 294.56 |
| 10 | PNC BANK | 7100-000 | 10,082.00 | 10,792.45 | 10,792.45 | 664.49 |
| 11 | Citibank, N.A. | 7100-000 | 1,665.00 | 1,874.61 | 1,874.61 | 115.42 |
| NOTFILED | Bank Of America | 7100-000 | 1,092.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 705.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 1,803.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 4,001.00 | N/A | N/A | 0.00 |
| NOTFILED | Barkleys Bank Delaware/Upromise By Salli | 7100-000 | 624.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/old Navy | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Society Natl/pheaa | 7100-000 | 4,938.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Usa Na | 7100-000 | 915.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 624.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One / Menards | 7100-000 | 1,389.00 | N/A | N/A | 0.00 |
| NOTFILED | 1st Financial Bk Usa | 7100-000 | 3,632.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $60,885.00 | $53,354.09 | $53,354.09 | $3,285.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82307  
**Case Name:** CARLSON, AGNES  

**Period Ending:** 03/29/15

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/27/13 (f)  
**§341(a) Meeting Date:** 07/29/13  
**Claims Bar Date:** 12/20/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | home at 604 La Fox River Dr., Algonquin, | 175,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking account at Chase Bank ending in 7123 | 47.00 | 0.00 | | 0.00 | FA |
| 3 | checking account at PNC Bank in banks, savings a | 9.00 | 0.00 | | 0.00 | FA |
| 4 | checking bill paying account at Algonquin State | 670.00 | 0.00 | | 0.00 | FA |
| 5 | savings account at Chase Bank ending in 5557 bro | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | household goods and furniture audio, video, and | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 2007 Toyota RAV4 other vehicles and accessories. | 7,200.00 | 4,800.00 | | 4,500.00 | FA |
| 8 | Assets   Totals (Excluding unknown values) | **$186,326.00** | **$4,800.00** | | **$4,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2014    **Current Projected Date Of Final Report (TFR):** November 4, 2014  (Actual)

Printed: 03/29/2015 02:23 PM    V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-82307  
**Case Name:** CARLSON, AGNES  

**Taxpayer ID #:** **-***2911  
**Period Ending:** 03/29/15  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $780,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/14 | {8} | Agnes Carlson | payment for Rav 4 pursuant to Order to Compromise a Controversy | 1129-000 | 500.00 | | 500.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 490.00 |
| 03/06/14 | {8} | Agnes Carlson | 2007 Toyota Rav payment | 1129-000 | 500.00 | | 990.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 980.00 |
| 04/02/14 | {8} | Agnes Carlson | payment on the Toyora Rav 4 | 1129-000 | 500.00 | | 1,480.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,470.00 |
| 05/19/14 | {8} | Bogdan Construction, Inc. | payment on car | 1129-000 | 500.00 | | 1,970.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,960.00 |
| 06/10/14 | {8} | Agnes Carlson | payment on car | 1129-000 | 500.00 | | 2,460.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,450.00 |
| 07/16/14 | {8} | Agnes Carlson | payment on car | 1129-000 | 500.00 | | 2,950.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,940.00 |
| 08/12/14 | {8} | Bogdan Komisaruk and Hanna Komisaruk | payment on Rav4 | 1129-000 | 500.00 | | 3,440.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,430.00 |
| 09/15/14 | {8} | Bogdan and Hanna Konisaruk | payment on car | 1129-000 | 500.00 | | 3,930.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,920.00 |
| 10/14/14 | {8} | Agnes Carlson | last payment on car | 1129-000 | 500.00 | | 4,420.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,410.00 |
| 01/28/15 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,125.00, Trustee Compensation;  Reference: | 2100-000 | | 1,125.00 | 3,285.00 |
| 01/28/15 | 102 | Discover Bank | Dividend paid  6.15% on $3,067.21; Claim# 1; Filed: $3,067.21; Reference: | 7100-000 | | 188.85 | 3,096.15 |
| 01/28/15 | 103 | 1st Financial Bank | Dividend paid  6.15% on $4,038.60; Claim# 2; Filed: $4,038.60; Reference: | 7100-000 | | 248.65 | 2,847.50 |
| 01/28/15 | 104 | eCAST Settlement Corporation, assignee | Dividend paid  6.15% on $1,188.63; Claim# 3; Filed: $1,188.63; Reference: | 7100-000 | | 73.18 | 2,774.32 |
| 01/28/15 | 105 | Sallie Mae | Dividend paid  6.15% on $9,004.41; Claim# 4; Filed: $9,004.41; Reference: | 7100-000 | | 554.40 | 2,219.92 |
| 01/28/15 | 106 | State Farm Bank | Dividend paid  6.15% on $8,443.62; Claim# 5; Filed: $8,443.62; Reference: | 7100-000 | | 519.87 | 1,700.05 |
| 01/28/15 | 107 | PNC BANK | Dividend paid  6.15% on $10,792.45; Claim# 10; Filed: $10,792.45; Reference: | 7100-000 | | 664.49 | 1,035.56 |
| 01/28/15 | 108 | Citibank, N.A. | Dividend paid  6.15% on $1,874.61; Claim# 11; Filed: $1,874.61; Reference: | 7100-000 | | 115.42 | 920.14 |
| 01/28/15 | 109 | Capital Recovery V, LLC | Combined Check for Claims#6,7 | | | 293.20 | 626.94 |
| | | | Dividend paid  6.15% on         282.60 | 7100-000 | | | 626.94 |
| | | | Subtotals : | | $4,500.00 | $3,873.06 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-82307  
**Case Name:** CARLSON, AGNES

**Taxpayer ID #:** **-***2911  
**Period Ending:** 03/29/15

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $780,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | $4,589.89; Claim# 6;<br>Filed: $4,589.89 | | | | | |
| | | | Dividend paid 6.15% on<br>$172.16; Claim# 7;<br>Filed: $172.16 | 10.60 | 7100-000 | | | 626.94 |
| 01/28/15 | 110 | KeyBank N.A. | Combined Check for Claims#8,9 | | | | 626.94 | 0.00 |
| | | | Dividend paid 6.15% on<br>$5,398.37; Claim# 8;<br>Filed: $5,398.37 | 332.38 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.15% on<br>$4,784.14; Claim# 9;<br>Filed: $4,784.14 | 294.56 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 4,500.00 | 4,500.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 4,500.00 | 4,500.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$4,500.00** | **$4,500.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4966** | 4,500.00 | 4,500.00 | 0.00 |
| | **$4,500.00** | **$4,500.00** | **$0.00** |

{} Asset reference(s)

Printed: 03/29/2015 02:23 PM    V.13.21